UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LA VELL HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 25-cv-01594-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, AND DISMISSING CASE** |

Pro se plaintiff James La Vell Harris has sued the State of California, Konocti County Water District, and other defendants. Dkt. No. 1. Because Harris is proceeding in forma pauperis, Magistrate Judge Robert M. Illman conducted an initial screening of Harris's complaint under 28 U.S.C. § 1915(e)(2). Judge Illman determined that the complaint was due to be dismissed because it was impossible to decipher Harris's claims or the basis for federal jurisdiction. Dkt. No. 9. Judge Illman gave Harris until April 10, 2025, to file "an amended complaint in accordance with Rule 8 that clearly sets forth his claims as to each party and properly sets forth this court's jurisdiction to hear this case." *Id*. at 2. Harris did not file an amended complaint by the deadline.

Judge Illman consequently filed a report recommending that the case be dismissed because there are no viable claims and there is no basis for federal jurisdiction. Dkt. No. 12. Harris did not file a response to the report and recommendation, and the time for responding has passed. *Id*. at 2; Fed. R. Civ. P. 72.

The Court has independently reviewed the record and adopts the report and recommendation in full. The case is dismissed pursuant to Federal Rules of Civil Procedure 8(a), 12(b)(6), 12(h)(3), and 41(b). The case management conference set for May 29, 2025, is vacated,

Case 3:25-cv-01594-JD   Document 17   Filed 05/22/25   Page 2 of 2

and Harris's request to adjust the date of the case management conference, Dkt. No. 16, is terminated as moot.

**IT IS SO ORDERED.**

Dated: May 22, 2025

_____
JAMES DONATO
United States District Judge